**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jaya International LLC, ) | Case No. CV-14-3431-R |
| Plaintiffs, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| Siddharth Kara, ) | |
| Defendants. ) | |

    THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if the settlement is not consummated.  IT IS FURTHER ORDERED that all dates set in this action are hereby vacated.  The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated  DECEMBER 23, 2014

                                      MANUEL L. REAL
                                      United States District Judge